# United States Court of Appeals
## For the First Circuit

No. 26-1247

JUAN DAVID QUICHIMBO SUMBA; MIRIAN XIMENA ABARCA TIXE; C.M.Q.A.,

Plaintiffs - Appellants,

v.

JOSEPH EDLOW; KRISTI NOEM; USCIS; DHS (DEPARTMENT OF HOMELAND SECURITY),

Defendants - Appellees.

Before

Gelpí, Montecalvo, and Rikelman,
<u>Circuit Judges</u>.

**ORDER OF COURT**

Entered: March 17, 2026

On March 12, 2026, plaintiff-appellants filed an "Emergency Motion for Administrative S[t]ay and Stay of Removal Pending App[e]al." The same day, the government filed a response advising that "Quichimbo Sumba was removed from the United States by ICE this morning." In light of the foregoing, plaintiff-appellants are ordered to show cause, in writing and within seven days of entry of this order, why the "Emergency Motion for Administrative S[t]ay and Stay of Removal Pending App[e]al" should not be denied as moot.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
Abraham R. George
Michael L. Fitzgerald
Elizabeth A. Shaw